ORIGINAL

cc: DKW/RT /π


ORIGINAL

Willis C. McAllister
1111 Piikoi Street
Honolulu, Hawaii 96814
mcallister20032003@yahoo.com
Ph # 808-341-8117

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

WILLIS C. MCALLISTER

Plaintiff

vs.

**DISPUTE PREVENTION AND
RESOLUTION, INC. (D.B.A.
DPR HAWAII), KEITH W.
HUNTER (PRESIDENT/ CEO)
AND STEFAN M. REINKE, ESQ.
(ARBITRATOR) AND KELLY
BRYANT.**

Defendant(s)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**CIVIL CASE # 19-00447 DKWRT**

PLAINTIFF'S **NOTICE OF APPEAL**
TO THE 9th CIRCUIT COURT OF
APPEALS.

RECEIVED BY OVERNIGHT FILING

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 4 2019

at 10 o'clock and 10 min. P M
SUE BEITIA, CLERK

UNPAID.
NO IFP SUBM.

**JURY TRIAL DEMANDED**

**JUDGE: DERRICK K. WATSON**

USDC OCT 24 '19 10:10PM

## PLAINTIFF'S NOTICE OF APPEAL TO THE 9th CIRCUIT COURT OF APPEALS

**COMES NOW, Plaintiff Willis C. McAllister with the following <u>Notice of</u>**

**<u>Appeal:</u>**

Notice is hereby given that Plaintiff Willis C. McAllister, in the above styled

action, hereby appeals to the United States Court of Appeals for the 9th Circuit,

**<u>from the District Court's 10/24/2019 Order (ECF #6).</u>**

**U.S. District Court**
**District of Hawaii (Hawaii)**
**CIVIL DOCKET FOR CASE #: 1:19-cv-00497-DKW-RT**

McAllister v. Dispute Prevention and Resolution, Inc. et al

Assigned to: JUDGE DERRICK K. WATSON
Referred to: MAGISTRATE JUDGE ROM TRADER
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/11/2019
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**<u>Plaintiff</u>**

**Willis C. McAllister**
*(email:*
*mcallister20032003@yahoo.com)*

represented by **Willis C. McAllister**
1111 Piikoi St.
Honolulu, HI 96814
(808) 341-8117
PRO SE

V.

**<u>Defendant</u>**

**Dispute Prevention and Resolution, Inc.**
*doing business as*
DPR Hawaii

**<u>Defendant</u>**

**Keith W. Hunter**

*(President/CEO)*

**Defendant**

**Stefan M. Reinke**
*Esq., (Arbitrator)*

**Defendant**

**Kelly Bryant**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2019 | 1 | Plaintiff's Original COMPLAINT; Jury Trial Demanded against All Defendants - filed by Willis C. McAllister. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (emt, ) (Entered: 09/13/2019) |
| 09/11/2019 | 2 | CIVIL Cover Sheet - by Willis C. McAllister. (emt, ) (Entered: 09/13/2019) |
| 09/11/2019 | 3 | APPLICATION to Proceed in District Court Without Prepaying Fees or Costs - by Plaintiff Willis C. McAllister. (Attachments: # 1 In Forma Pauperis Application, CV 17-00146 LEK-KSC) (emt, ) (Entered: 09/13/2019) |
| 09/11/2019 | 4 | Order Setting Rule 16 Scheduling Conference is set for 09:00AM on 11/18/2019 before MAGISTRATE JUDGE ROM TRADER - Signed by CHIEF JUDGE J. MICHAEL SEABRIGHT on 9/11/2019. (Attachments: # 1 Memo from Clerk Re: Corporate Disclosure Statements) (emt, ) (Entered: 09/13/2019) |
| 10/22/2019 | 5 | MOTION Requesting that Judge D. K. Watson Recuse Himself from this Lawsuit; (Certificate of Service) - by Plaintiff Willis C. McAllister. (emt, ) (Entered: 10/23/2019) |
| 10/24/2019 | 6 | EO: On October 22, 2019, pro se Plaintiff Willis McAllister filed a motion requesting that the undersigned recuse himself from this case **pursuant to 28 U.S.C. Section 455(a)**. Dkt. No. 5. Although McAllister does not explain the basis for his request, he does attach numerous entries from the court's docket sheet in *McAllister v. Adecco Group*, CV 16-00447 |

DKW, another case brought by McAllister over which the undersigned presided. These docket entry attachments suggest that the basis for the instant recusal motion is McAllister's evident dissatisfaction with this Court's rulings in that case, which is now on appeal.

But "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555 (1994). And McAllister fails to **make an intelligible argument** (or, indeed, any argument) that "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Holland*, 519 F.3d 909, 913 (9th Cir. 2008) (citation omitted). The motion is therefore DENIED.

IT IS SO ORDERED. (JUDGE DERRICK K. WATSON)(tyk)

COURTS CERTIFICATE of Service - Non-Registered CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

(Entered: 10/24/2019)

_W.C. McAllister_  10/24/19

Willis C. McAllister – Plaintiff  *pro se*
1111 Piikoi Street
Honolulu, Hawaii 96814
mcallister20032003@yahoo.com
Ph # 808-341-8117

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIS C. MCALLISTER | § | **CIVIL CASE # 19-00497 DKWRT** |
| | § | |
| Plaintiff | § | PLAINTIFF'S **NOTICE OF APPEAL** |
| | § | TO THE **9**th **CIRCUIT COURT** OF |
| vs. | § | APPEALS. |
| | § | |
| | § | |
| **DISPUTE PREVENTION AND** | § | |
| **RESOLUTION, INC. (D.B.A.** | § | |
| **DPR HAWAII), KEITH W.** | § | |
| **HUNTER (PRESIDENT/ CEO)** | § | |
| **AND STEFAN M. REINKE, ESQ.** | § | |
| **(ARBITRATOR) AND KELLY** | § | |
| **BRYANT.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| Defendant(s) | § | **CERTIFICATION OF SERVICE** |
| | § | |
| | § | |

## CERTIFICATION OF SERVICE

I hereby certify that, on **Monday (October 24, 2019)** I dispatched a copy of the foregoing **"NOTICE OF APPEAL"** to the Clerk of the district Court, in Honolulu Hawaii, in order that it forwarded to the **9**Th **Cir.**

*W.C.McAllister 10/24/19*

Willis C. McAllister
1111 Piikoi Street
Honolulu, Hawaii 96814
mcallister20032003@yahoo.com
Ph # 808-341-8117